**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 06-20824-Civ-TORRES

CONSENT CASE

PRIMATEX CORPORATION, a Panamanian corporation,

    Plaintiff,

vs.

HSBC PRIVATE BANK INTERNATIONAL, f/k/a HSBC REPUBLIC INTERNATIONAL BANK (MIAMI),

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon telephonic notification that the case has been amicably resolved and that the parties will execute necessary case disposition documents shortly. It is hereby

**ORDERED** that the parties shall file a Stipulation of Dismissal, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action no later than January 12, 2007. The parties shall deliver courtesy copies of these documents to the undersigned's Miami Chambers (or at torres@flsd.uscourts.gov) by this same date.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of December 2006.

                                              EDWIN G. TORRES
                                              United States Magistrate Judge

cc:    All Counsel of Record